UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TODD CHRISTOPHER INTERNATIONAL,

    Plaintiff,

v.                                  CASE NO: 8:06-cv-2315-T-23TGW

SAMY SALON SYSTEMS, et al.,

    Defendants.
_____/

## **ORDER**

Pursuant to 28 U.S.C. § 636 and Local Rule 6.01(b), the court referred (Doc. 179) the plaintiff's motions for preliminary injunction (Docs. 4, 18) to the United States Magistrate Judge for a report and recommendation. Following the Magistrate Judge's February 2, 2007, report and recommendation (Doc. 35), the plaintiff objects (Doc. 42) and the defendants respond (Doc. 49).

A *de novo* determination of those portions of the report and recommendation to which the plaintiff objects reveals that the objections either are unfounded or otherwise require no different resolution of the motion. Accordingly, the plaintiff's objections (Doc 42) are **OVERRULED** and the Magistrate Judge's report and recommendation (Doc. 35) is **ADOPTED**. The plaintiff's motions for preliminary injunction (Docs. 4, 18) are **DENIED**.

ORDERED in Tampa, Florida, on March 16, 2007.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE